**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-61369-BLOOM/Valle**

LUIS SIERRA,

    Plaintiff,

v.

MAG OF SOUTH FLORIDA, INC.,
d/b/a ANDREWS DINER,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [21] ("Stipulation"), filed on September 20, 2016, in which the parties advise that they have reached a settlement of the claims asserted in this case. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [21]**, is **APPROVED**;

2. The above-styled case is hereby **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement; and

3. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 20th day of September, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 16-cv-61369-BLOOM/Valle

cc: counsel of record